IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Andres Barrera-Flores, | ) | No. CV09-0481-PHX-SRB |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| James Schomig, et al. | ) | |
| Respondents. | ) | |

Petitioner filed his First Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on June 3, 2009 claiming "his prolonged detention is a violation of 8 U.S.C. § 1226(a) and violates his right to due process guarantees by the 5th Amendment to the U.S. Constitution." On March 31, 2010, Respondents filed Response to the Amended Petitioner for Writ of Habeas Corpus. No reply was filed. On May 24, 2010, the Magistrate Judge issued her Report and Recommendation recommending that the amended petition be denied.

In her Report and Recommendation the Magistrate Judge advised the parties that they had 14 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

1    IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
2 as the order of this Court.
3    IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is denied
4    IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

DATED this 16th day of June, 2010.

_____
Susan R. Bolton
United States District Judge